UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20508-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**PERCIVAL JAMES,**

   *Defendant*.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 69], which was entered on February 7, 2023. In the R&R, Judge Becerra found that the Defendant Percival James freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy to possess with intent to distribute more than five hundred (500) grams but less than five (5) kilograms of cocaine, in violation of Title 21, United States Code, Section 846.

Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. *See* [ECF No. 70]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant Percival

James's plea of guilty, and James is hereby adjudged guilty as to Count I of the Indictment; and

(3) a sentencing hearing before the Honorable Paul C. Huck is set for **April 24, 2023, at 2:00 PM**.

**DONE AND ORDERED** in Miami, Florida on February 8, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record
US Probation